THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EFRAN GEORGE, Appellant. [771 NYS2d 350]—

Judgment, Supreme Court, New York County (Micki Scherer, J., on suppression motion; Ronald Zweibel, J., at plea and sentence), rendered October 4, 2002, convicting defendant of attempted robbery in the first degree, and sentencing him, as a second felony offender, to a term of five years, unanimously affirmed.

The court properly denied defendant's motion to suppress identification testimony. The record supports the determinations made by a judicial hearing officer and adopted by the court. The circumstances of this prompt, on-the-scene showup identification were sufficiently established through the testimony of a police officer who stated that the victim, through an interpreter, identified defendant (*see People v You*, 270 AD2d 6 [2000], *lv denied* 95 NY2d 793 [2000]; *People v Delances*, 262 AD2d 249, 250 [1999], *lv denied* 93 NY2d 1044 [1999]), and it was not necessary for the victim to testify at the hearing (*see Delances, supra*). Defendant's argument that the interpreter, who witnessed the crime, may have influenced the victim, is speculative (*see People v Truesdale*, 299 AD2d 289 [2002], *lv denied* 99 NY2d 659 [2003]) and does not satisfy defendant's burden of proving that the showup was unduly suggestive (*see People v Ortiz*, 90 NY2d 533, 537 [1997]). Concur—Nardelli, J.P., Mazzarelli, Ellerin and Friedman, JJ.